## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JUMA JONES** : | |
| Plaintiff, : | |
| : | 3:21-cv-442 (VAB) |
| v : | |
| : | |
| **SCOTT SANSOM, CHIEF OF POLICE** : | |
| **MACK HAWKINS, DEPUTY CHIEF OF POLICE** : | February 9, 2022 |
| and **TOWN OF EAST HARTFORD,** : | |
| Defendants. : | |

### JOINT REQUEST FOR MAGISTRATE REFERRAL

Pursuant to this Court's January 27, 2023 Order (ECF # 88), the Parties, Juma Jones, Scott Sansom, Mack Hawkins and the Town of East Hartford, hereby respectfully seek referral to a Magistrate Judge for the purpose of settlement discussions.

Respectfully submitted

Plaintiff
Juma Jones

By   /s/ James Brewer
    James Brewer (ct07019)
    67 Russ Street
    Hartford, CT 06106
    Tel #:  860-217-0652
    jbreweratty@gmail.com


Defendants
Scott Sansom, Mack Hawkins, Town of East Hartford

By   /s/ Johanna G. Zelman
    Johanna G. Zelman (ct26966)
    FordHarrison LLP
    CityPlace II
    185 Asylum Street, Suite 610
    Hartford, CT 06103
    Tel #:  860-740-1355
    Fax #:  860-578-2075
    Email:  jzelman@fordharrison.com

## CERTIFICATE OF SERVICE

      This is to certify that on this 9th day of February, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

James S. Brewer, Esq.
67 Russ Street
Hartford, CT 06106
jbreweratty@gmail.com

                                                   /s/ Johanna G. Zelman
                                                Johanna G. Zelman

WSACTIVELLP:13783657.1