UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JUMA JONES,

   *Plaintiff*

V.                                                                              3:21-cv-442 VAB
SCOTT SANSOM,
MACK HAWKINS,
TOWN OF EAST HARTFORD

   *Defendants*

## JUDGMENT

This matter came on for trial before a jury and the Honorable Victor A. Bolden, United States District Judge. On January 25, 2024, after deliberation, the jury returned a verdict in favor of the defendants, SCOTT SANSOM, MACK HAWKINS, TOWN OF EAST HARTFORD, against the plaintiff, JUMA JONES, and no compensatory damages awarded, It is therefore.

ORDERED, ADJUDGED, and DECREED that judgment shall enter for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 7th day of February 2024.

                                                                       DINAH MILTON KINNEY, Clerk

                                                                       By:/s/ Tatihana Murphy
                                                                       Deputy Clerk

EOD: 2/7/2024